IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MAE L. TUNSON on behalf of                                      PLAINTIFF
    DEVEONNIA R. HORNER

v.                              NO.  3:05CV00037 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 16th day of February, 2006.


_____
UNITED STATES MAGISTRATE JUDGE